IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RICHARD S. HAGANS,

      Appellant,

 v.

                                      Case No.  5D22-742
                                      LT Case No. 2015-CF-000795

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed July 19, 2022

3.800 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Richard S. Hagans, Trenton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson
Hall, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WALLIS, HARRIS and WOZNIAK, JJ., concur.